AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ROBERTO ACOSTA-HUERTA

**WARRANT FOR ARREST**

FILED
MAR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07 - 101 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERTO ACOSTA-HUERTA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title _8_ United States Code, Section(s) _§ 1326(a)_ .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_John M Facciola_
Signature of Issuing Officer

Title of Issuing Officer

MAR 2 0 2007   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/30/07 | Barry Bookshar | _signature_ |
| DATE OF ARREST 3/30/07 | DUSM | |