IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | MAGISTRATE NO.: 07-101-M-01 |
| ROBERTO ACOSTA-HUERTA, | : | VIOLATIONS: |
| | : | 8 U.S.C. § 1326(a) |
| Defendant. | : | (Unlawful Reentry of a Removed Alien) |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about December 12, 2005, within the District of Columbia, defendant **ROBERTO ACOSTA-HUERTA**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

**(Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar

By: _____
ANGELA HART-EDWARDS
Assistant U.S. Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0031