United States District Court **FILED**
for the District of Columbia

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.      **WAIVER OF INDICTMENT**

Roberto Acosta-Huerta

CASE NUMBER: CR 07-127 (PLF)

I, Roberto Acosta-Huerta the above named defendant, who is accused of Unlawful Reentry of a Removed Alien

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/17/2007 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

X _Roberto Acosta H_
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court