CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
         vs.                 )     Criminal No. 07-127 (PLF)
                             )
Roberto Acosta-Huerta        )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

X _Roberto Acosta H_____
                Defendant

_____
    Counsel for Defendant

I consent:

_____
    United States Attorney

Approved:

_____
    United States District Judge