IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: 07-127 |
| | : | MAGISTRATE NO.: 07-101-M-01 |
| v. | : | |
| | : | VIOLATIONS: |
| **ROBERTO ACOSTA-HUERTA,** | : | |
| | : | 8 U.S.C. § 1326(a) |
| | : | (Unlawful Reentry of a Removed Alien) |
| Defendant. | : | |
| | : | |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The parties in this case, the United States of America and the defendant, Roberto Acosta-Huerta, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offense to which he is pleading guilty; Unlawful Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326(a).

The defendant is a native and citizen of Mexico. On or about July 18, 2001, the defendant was arrested in Detroit, Michigan during the execution of a search warrant for the possession and sale of fraudulent documents. The defendant was found to be an illegal alien in the United States and was order deported by an Immigration Judge on March 27, 2002. The defendant was not deported immediately, but rather released on his own recognizance.

On February 4, 2005, the defendant was arrested by Immigration and Customs Enforcement (ICE) Agents in Rockville, Maryland for theft. On June 14, 2005, the defendant was deported from the United States to Mexico pursuant to the Order of Removal dated March 27, 2002.

On January 6, 2006, the defendant was arrested by ICE Agents in the District of Columbia. During an interview of the defendant, he admitted that he had reentered the United States without permission after previously being deported. The Order of Removal that was issued on March 27, 2002 was reinstated and the defendant was again deported to Mexico on January 24, 2006.

On December 12, 2006, the Metropolitan Police arrested the defendant in the 1700 block of Columbia Road, N.W.

On March 12, 2007, the defendant was interviewed by ICE Agents. In that interview, the defendant stated that he was an illegal alien who had been deported twice and that he reentered the United States sometime during the month of June 2006 without seeking the permission from proper authorities. The defendant never applied for permission to reenter the United States from either the Attorney General or the Secretary of Homeland Security or his authorized delegate following his removal to Mexico on June 14, 2005 or January 24, 2006,.

_____
ANGELA HART-EDWARDS
Assistant United States Attorney

_____
CARLOS VANEGAS, Esquire
Attorney for Defendant

X Roberto Acosta H
_____
ROBERTA ACOSTA-HUERTA
Defendant

5/17/07
_____
Date

5/17/07
_____
Date